# Court of Appeals
# of the State of Georgia

ATLANTA, July 08, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2076. TONY BERNARD RIVERS v. FORREST MOON.**

In December 2022, Tony Bernard Rivers entered a contract to purchase a parcel of real property and a home situated thereon from Forrest Moon for $170,000. Under the terms of that contract, Rivers paid Moon a $20,000 down payment, and Moon agreed to finance the balance of the purchase price at a specified interest rate. The contract required Rivers to make monthly payments of principal and interest for a period of 15 years. After Rivers ceased making the required monthly payments, Moon filed the underlying action seeking possession of the premises and rent for the months Rivers occupied the property without making the mortgage payments. Following an evidentiary hearing, the trial court entered an order on May 1, 2025 granting Moon a writ of possession, as well as back rent and attorney fees totaling $43,961. On May 30, 2025, Rivers filed a notice of appeal from the trial court's order. We, however, lack jurisdiction.

The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). And this deadline applies even where the order appealed from grants other relief in addition to a writ of possession. See *Stubbs v. Local Homes, LLC*, ____ Ga. App. ____ (915 SE2d 91) (Case No. A25A0036) (Apr. 22, 2025); *Radio Sandy*

*Springs*, 311 Ga. App. at 334-336.

Rivers's failure to file his notice of appeal until 29 days after entry of the judgment at issue deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,___07/08/2025_____

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.